Case 4:18-cv-01073   Document 15   Filed on 08/22/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brasher Clemons<br>   Plaintiff, | § § § § | |
| v. | § | Civil Action 4:18–cv–01073 |
| | § § | |
| Capital Management Services, LP, et al.<br>   Defendant. | § § | |

## ORDER OF DISMISSAL

Counsel for the parties have advised the court that an amicable settlement has been reached in this action. This case is dismissed on the merits, without prejudice to the right of counsel to move for reinstatement within 60 days on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

Signed on August 22, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge